# Court of Appeals
# of the State of Georgia

ATLANTA,___March 22, 2013___

*The Court of Appeals hereby passes the following order:*

## A13I0160.  GEORGE H. MARSHALL v. SARAH E. WARLICK.

Sarah E. Warlick brought a divorce action against George H. Marshall, and Marshall filed his answer and defenses to her complaint.  Soon thereafter, the trial court held a hearing to address solely the issue of whether the parties had a valid common-law marriage.  The trial court entered its order recognizing the parties' common-law marriage and issued a certificate of immediate review.  Marshall filed this application for interlocutory appeal in this Court.

Although the sparse record in this case impedes our jurisdictional evaluation, it appears that Marshall may have been seeking a dismissal of the divorce action.  "In determining the proper procedure to follow in pursuing an appeal, the underlying subject matter generally controls over the relief sought."  *Self v. Bayneum*, 265 Ga. 14 (453 SE2d 27) (1995).  Since the underlying subject matter is divorce, the Supreme Court of Georgia has appellate jurisdiction over this appeal.  Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6).  See *Blanton v. Blanton*, 259 Ga. 622 (385 SE2d 672) (1989) (court reversed interlocutory order in pending divorce action, which claimed common-law marriage and sought custody of a child).  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court of Georgia.  See *Saxton v. Coastal Dialysis &c.*, 267 Ga. 177, 178 (476 SE2d 587) (1996).

Accordingly, it is ordered that this appeal be TRANSFERRED to the Supreme

Court of Georgia for appropriate appellate disposition.  Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/22/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*